-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SANTHONY THIGPEN,

        Plaintiff,

        -v-

COUNTY OF ERIE, TIMOTHY HOWARD,
Erie County Sheriff, in his Individual capacity,
ROBERT KOCH, Superintendent Of Erie County Holding Center,
in his Individual capacity, SERGEANT ROBERT DEE,
JOSEPH GANCI, CHRISTOPHER HALL,
JOSEPH SCHERER, JOSEPH OROSZI,
ONE OR MORE JOHN DOES,

        Defendans.

**DECISION and ORDER**
11-CV-0466Sr

---

      WHEREAS, the instant complaint was randomly assigned to United States Magistrate Judge H. Kenneth Schroeder, pursuant to Loc.R.Civ.P. 5.2(e)(2); and

      WHEREAS, the plaintiff is not an "inmate" pursuant to Loc.R.Civ.P. 5.2(e); and

      WHEREAS, the Court finds that the random reassignment of this action to the Honorable Richard J. Arcara is in keeping with the Court's Local Rules;

      IT HEREBY IS ORDERED, that this action be reassigned to the Honorable Richard J. Arcara. The Clerk of the Court is directed to reassign the case as indicated.

      SO ORDERED

Dated:    June 7, 2011
           Buffalo, New York

                                    s/William M. Skretny
                                    WILLIAM M. SKRETNY
                                          Chief Judge
                                    United States District Court